**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

MICHAEL DUANE MARLIN                                                                              PLAINTIFF
REG. #08387-003

V.                                          NO. 2:05CV00017 JLH/JFF

J. JIMENEZ, et al.                                                                              DEFENDANTS

**ORDER**

The Court has received  proposed Findings and Recommendations from Magistrate Judge

John F. Forster, Jr.  After careful review of those findings and recommendations, and the timely

objections received thereto, as well as a *de novo* review of the record, the Court concludes that the

Findings and Recommendations should be, and hereby are, approved and adopted as this Court's

findings in all respects in their entirety.

IT IS THEREFORE ORDERED that:

1.        Plaintiff's Motions for Medical Treatment (docket entries #16 and #27) are DENIED.

2.        Plaintiff's Motion for Reconsideration (docket entry #40) is DENIED.

3.        Plaintiff's Motions concerning retaliatory treatment are DENIED (docket entries #43,

#44 and #45).

4.        Plaintiff's Motions for Preliminary Injunction and Temporary Restraining Order are

DENIED (docket entries #17, #48 and #52).

IT IS SO ORDERED this ___1st___ day of August, 2005.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE