**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

MICHAEL DUANE MARLIN,                                                                                    PLAINTIFF
#08387-003

v.                                                   No. 2:05CV00017 JLH/JFF

J. JIMENEZ, et al.                                                                                              DEFENDANTS

**ORDER**

On November 9, 2005, Magistrate Judge John F. Forster, Jr., entered an Order denying plaintiff's motion for copies of documents that were served on him by the defendants. Plaintiff has filed a notice of appeal. Magistrate Judge Forster's findings are not clearly erroneous or contrary to law. Therefore, his Order is affirmed. *See* 28 U.S.C. § 636(b)(1)(A) and Local Rule 72.1.VII.B.

IT IS SO ORDERED this   23rd   day of November, 2005.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE