**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

MICHAEL DUANE MARLIN,                                                                                    PLAINTIFF
#08387-003

v.                                              No. 2:05CV00017 JLH

JOSE JIMENEZ, *et al.*                                                                                   DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately this date, Judgment is hereby entered in favor of the defendants on all counts. Plaintiff's complaint is dismissed in its entirety. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the Order and this Judgment would not be taken in good faith.

IT IS SO ORDERED this 31st day of August, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE